UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEE LOCKHART,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORP. and<br>HILTON WORLDWIDE, INC., d/b/a<br>DOUBLETREE BY HILTON,<br><br>    Defendants. | C.A. NO. 1:16-cv-12010 |

## STIPULATION OF DISMISSAL

All parties stipulate that this matter shall be dismissed with prejudice and without costs or attorney's fees, with all rights of appeal and all rights under Fed.R.Civ.P. Rule 60(b) being waived.

| The Plaintiff, | The Defendants, |
|---|---|
| By His Attorney, | By Their Attorneys, |
| *[signature]* | /s/ *William Joseph Flanagan* |
| Marc Wietzke | William Joseph Flanagan, BBO #556598 |
| mwietzke@felaattorney.com | jflanagan@morrisonmahoney.com |
| Flynn & Wietzke, PC | Jessica M. O'Brien, BBO #679211 |
| 1205 Franklin Ave. | jobrien@morrisonmahoney.com |
| Garden City, NY 11530 | MORRISON MAHONEY LLP |
| Phone: 516-877-1234 | 250 Summer Street |
| | Boston, MA 02210-1181 |
| | Phone:  617-439-7500 |
| | Fax:    617-342-4887 |

**Error! Unknown document property name.**

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 25, 2017

/s/ *William Joseph Flanagan*